UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 11 2014
BY DAVID J. MALAND, CLERK
DEPUTY

David M. Wethy
(Plaintiff)

vs

Cash Store / The Cash Store
(Defendant)

Case No. 4:14cv809

MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, David M. Wethy, respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff David M. Wethy

Address P.O Box 271192

Flower Mound TX

75027

Phone 972 691-1500

Date 12-11-14

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed? YES _____ NO _X_

    (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

    $ _____ per month

    Employer _____

    _____

    (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

    $ 7,500 per month

    Employer New Vision Value Homes Inc / 2012

    _____

2. Is your spouse presently employed? YES _____ NO _X_

    If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

    $ _____ per month

    Employer _____

    _____

2

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

   (a) Business, profession, or form of self-employment? YES _____ NO __X__

   (b) Rent payment, interest or dividends? YES __X__ NO _____

   (c) Pensions, annuities, or life insurance payment? YES _____ NO __X__

   (d) Gifts or inheritances? YES _____ NO __X__

   (e) Any other sources? YES __X__ NO _____

   If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

   _Tenant - 12,000_

   _Tenant - 12,000_

   _Rent Payment by friend in the Amount of $2500 Per month for the last 5 months_

4. How much cash do you and your spouse have? $ __50.00__

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

   _None_

   _____

   _____

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

   Home Address __None__

   Value of Home __None__

   Motor Vehicle #1 Make, Year, Model __2002 BMW__

   Value of Motor Vehicle #1 __4-5 K. not sure__

3

      Motor Vehicle #2 Make, Year, Model  **2008 Chevy Avalanche which Title is Currently being Held**

      Value of Motor Vehicle #2 **18,000 K**

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
   YES _____ NO **X**

   If the answer is "YES", describe the property and state its approximate value.

   _____

   _____

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   **None**

   _____

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
   YES _____ NO **X**

   If yes, describe below or on an attached sheet.

   _____

   _____

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

    Rent or home-mortgage payment **2,500 Rent**

    Utilities (electricity, heating fuel, water, sewer, and phone) **2,000**

    Home maintenance (repairs and upkeep) **None**

    Food **600**

Clothing __None in the Last 6 month__

Laundry and dry-cleaning __50.00__

Medical and dental expenses __None__

Transportation (not including motor vehicle payments) __300 per month__

Recreation, entertainment, newspapers, magazines, etc. __None__

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance __None__

    Life insurance __None__

    Health insurance __None__

    Motor vehicle insurance __None Currently__

    Other insurance __None__

Taxes (not deducted from wages or included in mortgage payments) __None__

Installment payments

    Motor vehicle __None__

    Credit card __None__

    Department store credit card __None__

    Other installment payments __None__

Alimony, maintenance and support paid to others __None__

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement) __None__

Other expenses __None__

5

11. Provide any other information that will help explain why you cannot pay the filing fees for your case.

We have been struggling with getting by for the last 6 months or so.

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

_____
Signature of Applicant